UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIDGETT TENNEY,

    Plaintiff,

v.                                       CASE NO: 8:05-cv-662-T-23MAP

TOTAL RENAL CARE, INC.,

    Defendant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 6.01(c)(18), a May 5, 2006, order (Doc. 34) referred for a report and recommendation the defendant's motion for summary judgment (Doc. 15) to the United States Magistrate Judge. Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the defendant objects (Doc. 44) to the Magistrate Judge's June 22, 2006, report and recommendation (Doc. 38) that the court deny the defendant's motion for summary judgment (Doc. 15).

A review of the Magistrate Judge's report (Doc. 38) recommending the defendant's objections (Doc. 44), and the plaintiff's response (Doc. 45) reveals that the defendant's objections are unfounded. The defendant's memorandum contains only a general objection[1] to the Magistrate Judge's report and a specific objection to footnote three. The defendant mischaracterizes footnote three, which cites several Family

---

[1] A general objection "to the entirety of the [Magistrate Judge's] report has the same effect as would a failure to object. The district court's attention is not focused on any specific issues for review, thereby making the initial reference to the [Magistrate Judge] useless. This duplication of time and effort wastes judicial resources rather than saves them, and runs contrary to the purposes of the Magistrates Act." Howard v. Sec. of Health & Human Servs., 932 F.2d 505, 509 (6th Cir. 1991).

Medical Leave Act regulations and concludes that a health care provider may excuse a patient from work without treatment. Whether the plaintiff experienced swelling or high blood pressure, and whether the plaintiff sought or received treatment, are questions subject to proof at trial. At the summary judgment stage, however, genuine issues of material fact exist regarding each of the plaintiff's claims.

Accordingly, the defendant's objections (Doc. 44) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 38) is **ADOPTED**. The defendant's motion for summary judgment (Doc. 15) is **DENIED**.

ORDERED in Tampa, Florida, on _____July 19th_____, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy